# CURRENT OHIO COURT of APPEALS CASES
## Weekly Advance Abstract Opinions

No. 249

COY v. FOSTER, Clerk

Ohio Appeals, 8th Dist., Cuyahoga County
No. 4932. Dec. 10, 1923

321. COUNTIES—Record of county commissioners showing that all parties to municipal annexation proceedings, having equal opportunities before court, held discretion not abused.

Less than a quorum may adjourn meeting from time to time.

797. MUNICIPAL CORPORATIONS—Description of property in petition for annexation to municipality held not inaccurate if sufficiently definite.

LEVINE, J.

Epitomized Opinion

Published Only in Ohio Law Abstract

Original action in the Common Pleas by W. A. Coy, a property owner, to enjoin the annexation of certain territory to the Village of Chagrin Falls. The Council voted to annex. Later, after a hearing, the Board of County Commissioners voted to annex. The Common Pleas refused the injunction and dismissed petition. Coy prosecuted error, contending that the petition did not contain an accurate description of the territory, since it omitted the phrase "Chagrin Falls Village, County of Cuyahoga"; that the proposed annexation of the territory was not right, just or equitable; and that since the first hearing before the County Commissioners was postponed by one member of the Board to a later day and its action was unlawful. Held by the Court of Appeals:

1. The description, though imperfect, was yet not inaccurate, since it sufficiently indicated the territory to be annexed and it constituted a sufficient compliance with the requirements of the law.

2. Both sides had ample opportunity to be heard before the Commissioners and this court, after reading the record, cannot say that the Board abused its discretion

3. Less than a quorum of the Board of County Commissioners may adjourn a meeting from day to day, though no business may be transacted when a quorum is not present. Judgment affirmed.

Attorneys—Pfeiffer & Fults, Cleveland, for Coy; E. P. Wilmot, Chagrin Falls, for Village.